OTTO DISHON v. STATE.
No. A-1136. Opinion Filed September 14, 1912.
Appeal from Caddo County Court;
C. Ross Hume, Judge.

Otto Dishon was convicted of violating the prohibitory law, and·
appeals. Affirmed.

Bristow & McFadden, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM. Plaintiff in error was tried at the January, 1911, term of the county court of Caddo county on a charge of having unlawful possession of intoxicating liquor with intent to sell the same, and was adjudged to pay a fine of two hundred dollars and be confined in the county jail for a period of thirty days. At the trial Ben Ford was jointly charged with Dishon, and the appeal was originally perfected by both parties. Later Ford withdrew his appeal and the case was submitted as to Dishon. We have carefully considered the record and briefs of both parties, and are of the opinion that substantial justice requires that the judgment of the trial court be affirmed. The judgment is affirmed.

In re JOHN WILLIAMSON.
No. A-1337. Opinion Filed September 19, 1912.
Original application for writ of habeas corpus. Writ denied.

Stanford & Cochran, for petitioner.

J. W. Childers, Co. Atty., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. This is a petition for a writ of habeas corpus wherein the petitioner, John Williamson, alleges that he is illegally restrained of his liberty by Claude Roach, sheriff of Okmulgee county, for a violation of the prohibition law, and further avers that he has fully served the term of imprisonment adjudged against him, and that he is now being held in default of the payment of the fine adjudged against him. The only question presented worthy of consideration is the same as in the case of Ex rel T. C. Bowes, ante. For the reasons given in the opinion in that case the writ of habeas corpus is discharged and the petitioner is remanded to the custody of the sheriff of Okmulgee county.